United States District Court<br/>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON CARTER, et al.,<br>        Plaintiffs,<br>   v.<br>XPO LOGISTICES, INC,<br>        Defendant. | Case Nos.  16-cv-01231-WHO<br>16-cv-04440-WHO<br>16-cv-07039-DMR<br><br>**ORDER TO SHOW CAUSE** |

    Defendant XPO Logistics has filed an administrative motion seeking to relate a newly filed action, 16-cv-0739-DMR, *Kevin Kramer, et al. v. XPO Logistics, Inc*., to this action.  Plaintiffs in the *Kramer* case are ORDERED TO SHOW CAUSE why that case should not be related to this one, by filing a response on or before **Thursday December 22, 2016**.

    If the *Kramer* plaintiffs do not file a response, or if a response is filed but I nonetheless determine the cases are related, the *Kramer* case will be related and proceedings will be coordinated with this case and with 16-cv-04440, *Ramon Garcia v. Macy's West Stores, Inc., et al*.

    A Case Management Conference will be held on January 10, 2017 for the related cases to set the case schedules and discuss coordination of discovery.  A Joint Case Management Conference Statement discussing how best to coordinate the actions is due on January 6, 2017 by 12:00 p.m.

    **IT IS SO ORDERED**.

Dated: December 20, 2016



WILLIAM H. ORRICK
United States District Judge