| | |
|---|---|
| 1 | William D. Turley (State Bar No. 122408) |
| | David T. Mara (State Bar No. 230498) |
| 2 | THE TURLEY LAW FIRM, APLC |
| | 7428 Trade Street |
| 3 | San Diego, CA 92121 |
| | Telephone: (619) 234-2833 |
| 4 | Facsimile: (619) 234-4048 |
| | Email: bturley@turleylawfirm.com |
| 5 | dmara@turleylawfirm.com |
| 6 | Attorneys for KEVIN KRAMER |
| 7 | Matthew R. Bainer (State Bar No. 220972) |
| | The Bainer Law Firm |
| 8 | 1901 Harrison Street, Suite 1100 |
| | Oakland, CA 94612 |
| 9 | Telephone: (510) 922-1802 |
| | Facsimile: (510) 844-7701 |
| 10 | Email: mbainer@bainerlawfirm.com |
| 11 | Attorneys for HECTOR IBANEZ |
| 12 | Fraser A. McAlpine (State Bar No. 248554) |
| | JACKSON LEWIS P.C. |
| 13 | 50 California Street, 9th Floor |
| | San Francisco, California 94111-4615 |
| 14 | Telephone: (415) 394-9400 |
| | Facsimile: (415) 394-9401 |
| 15 | Email: fraser.mcalpine@jacksonlewis.com |
| 16 | Jeffrey H. Newhouse (*Pro Hac Vice*) |
| | Adam L. Lounsbury (*Pro Hac Vice*) |
| 17 | JACKSON LEWIS P.C. |
| | 701 East Byrd Street, 17th Floor |
| 18 | Richmond, VA 23219 |
| | Tel: (804) 649-0404 |
| 19 | Fax: (804) 649-0403 |
| | Email: jeffrey.newhouse@jacksonlewis.com |
| 20 | adam.lounsbury@jacksonlewis.com |
| 21 | Allyson S. Ascher (SBN 286863) |
| | JACKSON LEWIS P.C. |
| 22 | 200 Spectrum Center Drive, Suite 500 |
| | Irvine, CA 92618 |
| 23 | Tel: (949) 885-1360 |
| | Fax: (949) 885-1380 |
| 24 | E-mail: allyson.ascher@jacksonlewis.com |
| 25 | Attorneys for XPO LAST MILE, INC. |
| 26 | |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KRAMER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>XPO LOGISTICS, INC., et al.,<br><br>　　　　Defendants. | **CASE NO. 3:16-cv-07039-WHO**<br><br>**[PROPOSED] ORDER CONSOLIDATING ACTIONS** |
| HECTOR IBANEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>XPO LAST MILE, INC., etc., et al.,<br><br>　　　　Defendants. | **CASE NO. 3:17-cv-04009-JSC** |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having received and reviewed the Joint Stipulation of the Parties to Consolidate the matters of *Hector Ibanez v. XPO Last Mile, Inc. and Does 1 through 100, inclusive*, No. 3:17-cv-04009-JSC ("*Ibanez*") and *Kramer v. XPO Logistics, Inc., and Does 1-100*, No. 3:16-cv-07039-WHO ("*Kramer*"), and good cause appearing, finds that:

　　1.　　This action was filed against XPO Last Mile, Inc., alleging violations of California wage and hour laws. Plaintiff Ibanez is a member of the putative class in *Kramer* and raises nearly identical claims, based on identical legal theories against XPO Last Mile, Inc. as those raised in the *Kramer* action.

　　2.　　Federal Rule of Civil Procedure 42(a) provides that a court may consolidate actions if they involve "common issues of law or fact." These cases involve common legal and factual issues; thus, consolidation will result in efficiency and consistency.

IT IS HEREBY ORDERED THAT:

　　3.　　*Ibanez* and *Kramer* are consolidated for all purposes, including but not limited to discovery, pretrial and trial proceedings pursuant to Federal Rule of Civil Procedure 42(a).

| | |
|---|---|
| 1 | 4. The docket in *Kramer*, Case No. 3:16-cv-07039-WHO shall serve as master docket for this |
| 2 | action. |
| 3 | 5. The file in *Kramer*, Case No. 3:16-cv-07039-WHO, shall constitute a master file in the |
| 4 | consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall |
| 5 | appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but |
| 6 | not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", |
| 7 | the docket number for each individual action to which the document applies, along with the last name of |
| 8 | the first-listed plaintiff in said action. |
| 9 | IT IS SO ORDERED. |

Dated: _____, 2017

_____
HON. WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE

4835-6539-3228, v. 1