| | |
|---|---|
| David Mara, SBN 230498<br>Jamie Serb, SBN 289601<br>MARA LAW FIRM, PC<br>2650 Camino Del Rio North, Suite 205<br>San Diego, CA 92108<br>Telephone: (619) 234-2833<br>Facsimile: (619) 234-4048<br>dmara@maralawfirm.com<br>jserb@maralawfirm.com<br><br>Attorneys for Plaintiff<br><br>Matthew R. Bainer Bar No. 220972<br>THE BAINER LAW FIRM<br>1901 Harrison Street, Suite 1100<br>Oakland, CA 94612<br>Telephone: (510) 922-1802<br>Facsimile: (510) 844-7701<br>mbainer@bainerlawfirm.com<br><br>Attorneys for Plaintiff | Fraser A. McAlpine, CA Bar No. 248554<br>JACKSON LEWIS P.C.<br>50 California Street, 9th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 394-9400<br>Facsimile: (415) 394-9401<br>fraser.mcalpine@jacksonlewis.com<br><br>Adam L. Lounsbury, VA Bar No. 89847<br>JACKSON LEWIS P.C.<br>701 East Byrd Street, 17th Floor<br>Richmond, VA 23219<br>Telephone: (804) 649-0404<br>Facsimile: (804) 649-0403<br>adam.lounsbury@jacksonlewis.com<br>Appearing *Pro Hac Vice*<br><br>Attorneys for Defendant XPO LAST MILE, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KRAMER on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>XPO LOGISTICS, INC.; and DOES 1 – 100,<br><br>    Defendants.<br><hr>HECTOR IBANEZ on behalf of himself, all others similarly situated, and on behalf of the general public<br><br>    Plaintiffs,<br><br>    v.<br><br>XPO LAST MILE, INC.; and DOES 1 – 100,<br><br>    Defendants. | Case No. 3:16-cv-07039-WHO<br>*Consolidated with* 3:17-cv-04009-JSC<br><br>**[~~PROPOSED~~] ORDER**<br><br>Action Filed: September 22, 2016<br>Date Removed: December 8, 2016<br>Judge: Hon. William H. Orrick<br><br><br>This Document Relates To:<br>*Kramer*, 3:16-cv-07039-WHO;<br>*Ibanez*, 3:17-cv-04009-JSC |

**PROPOSED ORDER**

The Court, having considered the Parties' stipulation and for good cause found, continues the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement to ~~August 12, 2019~~ **September 4, 2019** at 2:00 pm.  The Motion for Preliminary Approval must be filed on or before **July 31, 2019**.

**IT IS SO ORDERED**.

Dated: __June 25, 2019_____

WILLIAM H. ORRICK
United States District Judge