**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN KRAMER on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>XPO LOGISTICS, INC.; and DOES 1 – 100,<br><br>Defendants.<br>_____<br><br>HECTOR IBANEZ on behalf of himself, all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>v.<br><br>XPO LAST MILE, INC.; and DOES 1 – 100,<br><br>Defendants. | Case No. 3:16-cv-07039-WHO<br>*Consolidated with* 3:17-cv-04009-JSC<br><br>[*Assigned to the Honorable William H. Orrick*]<br><br>**JUDGMENT**<br><br>This Document Relates To:<br>*Kramer*, 3:16-cv-07039-WHO<br>*Ibanez*, 3:17-cv-04009-JSC |

Judgment is hereby entered in accordance with the Court's April 1, 2020 Order Granting Final Approval and Awarding Attorneys Fees.

**IT IS SO ORDERED.**

Date: April 2, 2020

_____
BY ORDER OF THE COURT
NORTHERN DISTRICT OF CALIFORNIA
HONORABLE WILLIAM H. ORRICK