David Mara, Esq. (230498)
dmara@maralawfirm.com
Jamie Serb, Esq. (289601)
jserb@maralawfirm.com
**MARA LAW FIRM, PC**
2650 Camino Del Rio North, Suite 205
San Diego, California 92108
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

Matthew R. Bainer Bar No. 220972
**THE BAINER LAW FIRM**
1901 Harrison Street, Suite 1100
Oakland, CA 94612
Telephone: (510) 922-1802
Facsimile: (510) 844-7701
mbainer@bainerlawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KRAMER on behalf of himself, all others similarly situated, and on behalf of the general public, <br><br> Plaintiffs, <br> v. <br><br> XPO LOGISTICS, INC.; and DOES 1-100, <br><br> Defendants. <br><br>——————————————— <br><br> HECTOR IBANEZ on behalf of himself, all others similarly situated, and on behalf of the general public <br> Plaintiffs, <br><br> v. <br><br> XPO LAST MILE, INC.; and DOES 1 – 100, <br><br> Defendants. | Case No. 3:16-cv-07039-WHO <br> Consolidated with 3:17-cv-04009-JSC <br><br> [Assigned to the Honorable William H. Orrick] <br><br> **DISBURSEMENT DECLARATION OF WILL HENRY ON BEHALF OF CPT GROUP, INC., THE SETTLEMENT ADMINISTRATOR** <br><br> Date: June 22, 2020 <br> Ctrm: 2 |

# DECLARATION OF WILL HENRY

I, Will Henry, hereby declare:

1. I am employed as a case manager by CPT Group, Inc. ("CPT"), the Court-appointed settlement administrator. I am authorized to make this declaration on behalf of CPT and myself. As the case manager for this settlement, I have personal knowledge of the information provided herein, and if called as a witness, I could and would accurately testify thereto.

2. CPT has extensive experience in providing notice of class actions and administering class action settlements. In the past 30 plus years, we have provided notification and/or settlement administration services in over one thousand class action cases.

3. On April 2, 2020, the Court granted final approval of the class action settlement.

4. Pursuant to the Final Order, attorneys' fees totaled $1,375,000.00.

5. Pursuant to the Final Order, litigation costs totaled $119,812.06.

6. Pursuant to the Final Order, Plaintiffs' Class Representative Enhancement Payments totaled $10,000.00.

7. Pursuant to the Final Order, claims administration costs totaled $35,500.00.

8. Pursuant to the Final Order, the LWDA payment totaled $412,500.00.

9. Pursuant to the Final Order, it was determined that the Individual Settlement Payments to the Class Members totaled $3,547,187.94. Additionally, it has been determined that the payment for employer's taxes is $170,839.93.

10. CPT was selected by the parties to provide notice of settlement and disburse the fund in this action. In this capacity, on April 15, 2020, CPT obtained an EIN from the IRS and opened a bank account through Pacific Western Bank. This account was titled *Ibanez V XPO Last Mile*, also known as the Qualified Settlement Fund ("QSF").

11. On May 15, 2020, settlement account was funded a total amount of $5,500,000.00, representing the required settlement payment, and sufficient in paying the settlement class members, class counsel fees and costs, class representatives' enhancement

awards, LWDA payment, administration fees. The payment of $170,839.93 for applicable employer-sided federal and state tax payments was received on June 1, 2020.

12. On May 22, 2020, CPT completed a wire transfer from the QSF to Mara Law Firm for $791,793.91, representing their portion of the awarded fees and costs.

13. On May 22, 2020, CPT completed a wire transfer from the QSF to The Bainer Law Firm for $703,018.15, representing their portion of the awarded fees and costs.

14. On June 1, 2020, CPT sent a check from the QSF to Class Representative, Hector Ibanez in the amount of $10,000.00, representing his Enhancement Payment.

15. On June 1, 2020, CPT issued a check from the QSF in the amount of $35,500.00 to cover the approved administration costs.

16. On June 1, 2020, CPT issued a check from the QSF payable to the LWDA in the amount of $412,500.00, representing the PAGA payment.

17. On June 1, 2020, CPT issued 1,448 checks totaling $1,276,322.28, from the QSF representing the settlement payments for those Class Members for whom Social Security Numbers were available. The settlement payments were mailed to the last known address of each Class Member via First Class Mail.

18. On June 1, 2020, CPT printed and mailed 2 checks from the QSF totaling an amount of $67,026.84 to the Employment Development Department of California, representing the State tax payments.

19. On June 1, 2020, CPT administered 2 wire transfers from the QSF representing the 940 and 941 Federal tax payments to the IRS, totaling an amount of $184,079.96.

20. Pursuant to the terms of the Settlement Agreement, all settlement checks were to be valid for 180 days from the date the checks were mailed, June 1, 2020. The expiration date of the settlement checks is November 28, 2020.

21. Per the terms of the Settlement Agreement, CPT will complete a Check Reminder Postcard Mailing to those individuals who have not yet cashed their checks 90 days from the date the checks were mailed.

22. Additional Disbursements will be made to individuals once their Social Security Numbers are received.

23. Pursuant to the terms of the Agreement, all funds from un-cashed checks are to be tendered to the California State Controller's Office, Unclaimed Property Division if a Social Security Number is available and The Cy Pres Beneficiary The United Way of California if one is not provided.

24. Disbursements were completed in compliance with the Final Order and the Settlement Agreement.

25. Attached hereto as Exhibit A is a summary of data Pursuant to the Northern District Guidelines.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration is executed this 22nd day of June, 2020, at Irvine, California.

WILL HENRY

Page 4
DISBURSEMENT DECLARATION OF WILL HENRY ON
BEHALF OF CPT GROUP, INC., THE SETTLEMENT CLAIMS ADMINISTRATOR

# EXHIBIT A

# DATA REQUESTED PER NORTHERN DISTRICT GUIDELINES

Pursuant to the Northern District Guidelines, the following data is provided:

| | |
|---|---|
| Total Settlement Fund | $5,500,000.00 |
| Total Number of Class Members | 3,235 |
| Total Number of Class Members to Whom Notice Was Sent and Was Not Returned as Undeliverable | 2,935 |
| Number and Percentage of W9 Forms Submitted | 669 of which 46 were invalid duplicate claims therefore the 623 valid W9 forms represents 25.40% of the individuals for whom SSNs were required prior to the Initial Mailing |
| Number and Percentage of Opt Outs | 3 and 0.093% |
| Number and Percentage of Objections | 0 and 0.00% |
| Average Recovery per Class Member | $1,097.52 |
| Median Recovery per Class Member | $779.94 |
| Largest Amounts Paid to Class Members | $4,566.43 |
| Smallest Amount Paid to Class Members | $1,097.52 |
| Methods of Notice and Payment to Class Members | Via First Class Mail |
| Number of Uncashed Checks | TBD |
| Value of Uncashed Checks | TBD |
| Amount Distributed to Cy Pres | TBD |
| Administrative Costs | $35,500.00 |
| Attorney's Fees and Costs | $1,494,812.06 |
| Attorney's Fees as Percentage of Settlement Fund | 25% |
| Fee Multiplier | 1.09 |